No. 25-1889

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NETCHOICE, LLC,
Plaintiff-Appellee,

v.

TIM GRIFFIN, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF ARKANSAS,
Defendant-Appellant.

On Appeal from the United States District Court
for the Western District of Arkansas
No. 5:23-CV-5105 (Hon. Timothy L. Brooks)

**Defendant-Appellant's Unopposed Motion to Hold Appeal in Abeyance or, in the Alternative, for an Extension of Time**

On August 18, 2025, Defendant filed a motion to dismiss this appeal as moot and vacate the district court's judgment or, in the alternative, to review the revised law. Defendant requests that the Court hold this appeal in abeyance and stay all deadlines pending resolution of that motion. In the alternative, Defendant requests a 30-day extension from the time the Court rules on the August 18 motion to file the opening brief,

addendum, and appendix. Defendant's counsel has conferred with NetChoice's counsel on this motion, and this motion is unopposed.

The opening brief, addendum, and appendix in this appeal are currently due on August 28, 2025. But if the Court grants the motion and dismisses the appeal, briefing in this case will be unnecessary. And if the Court grants the alternative relief requested and agrees to review the judgment in light of the revised law, the parties will want to tailor their briefs to address the revised law and ease the Court's review. Holding this appeal in abeyance will therefore promote efficiency and either preserve governmental resources or facilitate this Court's review. In other words, regardless of how the Court ultimately rules on the August 18 motion, holding the appeal in abeyance pending a decision on that motion is "the optimal use of judicial resources" and in the best interest of the parties. *See Utah v. EPA*, No. 23-1157, 2025 WL 1354371, at *1 (D.C. Cir. May 2, 2025) (Rao, J., statement regarding abeyance) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936)).

## CONCLUSION

Defendant respectfully requests that the Court grant this unopposed motion, hold this appeal in abeyance, and stay all deadlines

2

pending resolution of Defendant's August 18 motion. In the alternative, Defendant requests a 30-day extension from the time the Court rules on that motion.

    Respectfully submitted,

    TIM GRIFFIN
      Arkansas Attorney General

    AUTUMN HAMIT PATTERSON
      Solicitor General

    NOAH P. WATSON
      Deputy Solicitor General

    RYAN HALE
      Senior Assistant Attorney General

    OFFICE OF THE ARKANSAS
      ATTORNEY GENERAL
    101 West Capitol Avenue
    Little Rock, Arkansas 72201
    (501) 295-7419
    ryan.hale@arkansasag.gov
    noah.watson@arkansasag.gov
    autumn.patterson@arkansasag.gov

    *Attorneys for Defendant-Appellant*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 300 words, excluding the parts exempted by Fed. R. App. P. 32(f).

Pursuant to Fed. R. App. P. 27(d)(1)(E), I also certify that this brief complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in 14-point Century Schoolbook, using Microsoft Word.

I further certify that this PDF file was scanned for viruses, and no viruses were found on the file.

*/s/Autumn Hamit Patterson*
Autumn Hamit Patterson

## CERTIFICATE OF SERVICE

I certify that on August 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

*/s/Autumn Hamit Patterson*
Autumn Hamit Patterson
