# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1889

NetChoice, LLC

Appellee

v.

Tim Griffin, In his Official Capacity as Attorney General of Arkansas

Appellant

___

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:23-cv-05105-TLB)

___

**ORDER**

The appellant's motion to dismiss case as moot and vacate the district court's judgment or, in the alternative, to review the Amended Law is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

October 02, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
   /s/ Susan E. Bindler