# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1889

NetChoice, LLC

Appellee

v.

Tim Griffin, In his Official Capacity as Attorney General of Arkansas

Appellant

------------------------------

State of Florida, et al.

Amici on Behalf of Appellant(s)

TechFreedom, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:23-cv-05105-TLB)

---

**ORDER**

On the court's own motion, this case is removed from the argument calendar for June 2026 and is consolidated with No. 26-1096 and No. 26-1962. The cases will be rescheduled for oral argument after briefing is completed in all cases.

May 27, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler