**No. 26-1962**

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

———————————

NETCHOICE,

*Plaintiff-Appellee*,

v.

TIM GRIFFIN, in his official capacity as
Attorney General of Arkansas, et al.

*Defendants-Appellants*.

———————————

On Appeal from the United States District Court
for the Western District of Arkansas,
No. 5:25-cv-05140 (Hon. Timothy L. Brooks)

———————————

## CORPORATE DISCLOSURE STATEMENT

———————————

ERIN E. MURPHY
 *Counsel of Record*
JAMES Y. XI
BARRETT L. ANDERSON*

CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

*Counsel for Plaintiff-Appellee
NetChoice, LLC*

June 1, 2026

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a) and Circuit Rule 26.1A, the undersigned hereby reports that Plaintiff is a non-profit entity organized under Section 501(c)(6) of the Internal Revenue Code and has no parent company or stock held by any publicly held corporations.

Respectfully submitted,

<u>s/</u>Erin E. Murphy
ERIN E. MURPHY
 *Counsel of Record*
JAMES Y. XI
BARRETT L. ANDERSON*
*Supervised by principals of the firm who are members of the Virginia bar

CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
erin.murphy@clementmurphy.com

*Counsel for Plaintiff-Appellee NetChoice*

June 1, 2026